# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 14-533-LPS ) |
| BARRACUDA NETWORKS, INC., | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Selene Communication Technologies, LLC ("Plaintiff") and Defendant Barracuda Networks, Inc. ("Defendant"), having resolved Plaintiff's claims for relief against Defendant, hereby stipulate to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's defenses against Plaintiff without prejudice. Plaintiff and Defendant will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

Case 1:14-cv-00533-LPS   Document 23   Filed 10/28/14   Page 2 of 2 PageID #: 182

2

October 28, 2014

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| /s/ Stephen B. Brauerman | /s/ Philip A. Rovner |
| Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>Vanessa R. Tiradentes (#5398)<br>Sara E. Bussiere (#5725)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com | Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com |
| *Attorneys for Plaintiff Selene Communication Technologies, LLC* | *Attorneys for Defendant Barracuda Networks, Inc.* |

IT IS SO ORDERED this ____day of October, 2014.

_____
United States District Judge